IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>1688 FACTORY DIRECT STORE STORE, et al.,<br><br>　　　　Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No. 1:25-cv-06784-JPB |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| HUAFAQ | 352 |
| IChi Chuang technology company local | 357 |
| Mimi Pet Supplies | 396 |

Each party shall bear their own attorney's fees and costs. Defendants have not been served and have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: December 18, 2025        Respectfully submitted,

                                            */s/ David M. Lilenfeld*
                                            David M. Lilenfeld
                                            Georgia Bar No. 45299
                                            **WHITEWOOD LAW PLLC**
                                            5555 Glenridge Connector, Suite 200
                                            Atlanta, GA 30342
                                            Telephone: (404) 663-3349
                                            Email: david@whitewoodlaw.com

                                            *Counsel for Plaintiff*