UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al., | **UNDER SEAL** |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:25-CV-06784-JPB |
| 1688 FACTORY DIRECT STORE STORE, et al., | |
| Defendants. | |

## **ORDER**

This matter comes before the Court on Plaintiffs' Motion to Lift Seal [Doc. 16]. The Motion is hereby **GRANTED**. The seal previously imposed pursuant to this Court's Order Granting Plaintiffs' Motion for Leave to File Under Seal, [Doc. 5], is hereby lifted, and all judicial records shall be made publicly available.

**SO ORDERED** this 18th day of December, 2025.

J. P. BOULEE
United States District Judge