# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-06784-JPB
### Wham-O Holding, Ltd. et al v. 1688 Factory Direct Store Store et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 12/23/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:03 A.M.    COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:03    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

**ATTORNEYS PRESENT:** David Lilenfeld representing Intersport Corp.
David Lilenfeld representing Wham-O Holding, Ltd.
Abby Neu representing Intersport Corp.
Abby Neu representing Wham-O Holding, Ltd.

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MINUTE TEXT:** The Court held a ZOOM hearing. Defendants were noticed but did not appear. The Court granted Plaintiffs' request to convert their temporary restraining order to a preliminary injunction; written order to follow.

**HEARING STATUS:** Hearing Concluded