## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WHAM-O HOLDING, LTD., et al.,

        Plaintiffs,

v.

1688 FACTORY DIRECT STORE
STORE, et al.,

        Defendants.

Civil Action No. 25-cv-6784-JPB

### Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | 1688 Factory Direct Store Store | AliExpress | 1101351005 |
| 2 | 3GL02 3C Store | AliExpress | 1103479040 |
| 3 | 77 &amp; 11 Musical Instrument Store | AliExpress | 1103316908 |
| 4 | 7p Daily Goods Store | AliExpress | 1103483172 |
| 5 | A+ Dropship Store | AliExpress | 1101370120 |
| 6 | Abotte Toys Store | AliExpress | 1102695664 |
| 7 | Admine Store | AliExpress | 1101588208 |
| 8 | Advance Bravely Outdoor Store | AliExpress | 1101295743 |
| 9 | Ali-NJ03 Outdoor Sporting Store | AliExpress | 1103572581 |
| 10 | All Better Choice Store | AliExpress | 1103881490 |
| 11 | All Categories Dropshipping Store Store | AliExpress | 1101371244 |
| 12 | Amichen Home Store | AliExpress | 1103744402 |
| 13 | AnnieBaby Dropshipping Store | AliExpress | 1101617822 |
| 14 | APWIKOGER OUTDOOR Store | AliExpress | 1101432197 |
| 15 | Baby Diary Store | AliExpress | 1101223125 |
| 16 | Babylovetoy Store | AliExpress | 1102060553 |
| 17 | Balaon Store | AliExpress | 1101364571 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 18 | Bear Dollhouse Store | AliExpress | 1102658541 |
| 19 | Belong To Your Outdoor Store | AliExpress | 1101314150 |
| 20 | Benzhou Home Store | AliExpress | 1102988157 |
| 21 | Best Baby Store | AliExpress | 1102422273 |
| 22 | Big Cat Diary Store | AliExpress | 1103859054 |
| 23 | Breaking The Wind Store | AliExpress | 1101372639 |
| 24 | Brilliant House Dropshipping Store | AliExpress | 1101372255 |
| 25 | Brilliant Outdoor Store | AliExpress | 1101338802 |
| 26 | Camping Fitness Store | AliExpress | 1102833349 |
| 27 | Camping Global Store | AliExpress | 1101833182 |
| 28 | Camping Hiking 10001 Store | AliExpress | 1101820104 |
| 29 | Camping Lantern Store | AliExpress | 1102412293 |
| 30 | Changshe Pet Supplies Store | AliExpress | 1101687856 |
| 31 | ChildrensKingdom Store | AliExpress | 1101241022 |
| 32 | Choice For Dropshipping Store | AliExpress | 1103864093 |
| 33 | Chu Tai Arts & Caffts Store | AliExpress | 1101424156 |
| 34 | CHUTAI Toy Store | AliExpress | 1102844143 |
| 35 | Chuzhan Sport Store | AliExpress | 1103594514 |
| 36 | Confident Beautiful Rich Girls Store | AliExpress | 1102924784 |
| 37 | Cornelia Store | AliExpress | 1101540107 |
| 38 | Cxbfg Nanabling Shadow Official Store | AliExpress | 1102531303 |
| 39 | Cycling Shopping Store | AliExpress | 1103434097 |
| 40 | Daily Supplies Town Store | AliExpress | 1103469685 |
| 41 | Decoration Outlet Store Store | AliExpress | 1102834035 |
| 42 | Department Dropshipping Store | AliExpress | 1103647100 |
| 43 | DokiToy Store | AliExpress | 1101715624 |
| 44 | Dropshipme Home Store | AliExpress | 1102251858 |
| 45 | Enjoy Life Outdoor Store | AliExpress | 1101288634 |
| 46 | Enjoying Exercise Store | AliExpress | 1101314463 |
| 47 | Enlightened Toys Store | AliExpress | 1103710091 |
| 48 | Escape The City Store | AliExpress | 1103110067 |
| 49 | Everything for House Store | AliExpress | 1101373087 |
| 50 | Extreme Loves Sporting Store | AliExpress | 1101324558 |
| 51 | Famous Pet Store | AliExpress | 1103075335 |
| 52 | Fastest Dropshipping Store | AliExpress | 1101348540 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 53 | Fishing Trip Store | AliExpress | 1102677413 |
| 54 | Fitniss Body Building Store | AliExpress | 1102667110 |
| 55 | Fiuuvy Store | AliExpress | 1101765975 |
| 56 | FREEDOMN Store | AliExpress | 1101269812 |
| 57 | FunnyTos Store | AliExpress | 1103479181 |
| 58 | GDLK Toy Store | AliExpress | 1102798369 |
| 59 | GeBiLF Camping Store | AliExpress | 1103433100 |
| 60 | Global Travel Store | AliExpress | 1101298343 |
| 61 | Global-Dropshipping Store | AliExpress | 1101349535 |
| 62 | Go Buy Store | AliExpress | 1104030377 |
| 63 | Go! Climber Store | AliExpress | 1101340833 |
| 64 | Gocamping Store | AliExpress | 1101616494 |
| 65 | Going Outdoor Store | AliExpress | 1101846492 |
| 66 | Going Sporting Store | AliExpress | 1100688409 |
| 67 | Gorocky Store | AliExpress | 1101361686 |
| 68 | Guess You Like Store | AliExpress | 1103731410 |
| 69 | Gymbee Store | AliExpress | 1101310810 |
| 70 | Happy Childhoodkk Store | AliExpress | 1103886949 |
| 71 | Happy Movement Store | AliExpress | 1102724452 |
| 72 | Happy Sports Life Store | AliExpress | 1103338058 |
| 73 | happyeasybuy01 | AliExpress | 1100687695 |
| 74 | Healthy Outdoor Games Store | AliExpress | 1101769752 |
| 75 | Healthy Road Store | AliExpress | 1101537110 |
| 76 | High Quality And Low Price Home Pet Store | AliExpress | 1103882698 |
| 77 | Highest climber Store | AliExpress | 1101758259 |
| 78 | HIMEIJIAN Factory Store | AliExpress | 1103847078 |
| 79 | Home Category 10001 Store | AliExpress | 1101373909 |
| 80 | Home Garden Decor Store | AliExpress | 1101780556 |
| 81 | Home Life Town Store | AliExpress | 1102668762 |
| 82 | Home-Magic General Merchandise Store | AliExpress | 1101373740 |
| 83 | HOT Extreme Sporting Store | AliExpress | 1103186979 |
| 84 | Hottest Belt Store | AliExpress | 1103014265 |
| 85 | House Foocus Store | AliExpress | 1101372728 |
| 86 | House Suncatcher Store | AliExpress | 1103313974 |
| 87 | Household Supplies Store | AliExpress | 1101455009 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 88 | HUA JU Pet Products Store | AliExpress | 1103670386 |
| 89 | Idestake Official Store | AliExpress | 1101778924 |
| 90 | iSHINE Store | AliExpress | 1101763202 |
| 91 | JiaChen's Commodity Store | AliExpress | 1101550062 |
| 92 | JIAY Toy Wonderland Store | AliExpress | 1102059526 |
| 93 | Jiuzhen Toys Store | AliExpress | 1103105081 |
| 94 | Joytail Pet Store | AliExpress | 1103793094 |
| 95 | Just Go Outdoor Cycling Store | AliExpress | 1103334041 |
| 96 | JYK Outdoor4 Store Store | AliExpress | 1104007827 |
| 97 | KEEP MOVE Store | AliExpress | 1102988013 |
| 98 | Keep-Running Store | AliExpress | 1101340835 |
| 99 | Kidsbele Official Store | AliExpress | 1100945191 |
| 100 | KidsWorld Store | AliExpress | 1101244611 |
| 101 | L Home Store | AliExpress | 1103237076 |
| 102 | Lee Outdoor Store | AliExpress | 1103242008 |
| 103 | let'skeeping Store | AliExpress | 1101409402 |
| 104 | LKCOMO No977 Store | AliExpress | 1101370344 |
| 105 | Lovefishing Store | AliExpress | 1101613234 |
| 106 | Lucky House Toy Store | AliExpress | 1102529393 |
| 107 | Magical Toys Store | AliExpress | 1103014690 |
| 108 | MaiFirst Store | AliExpress | 1103770259 |
| 109 | MEADE Official Store | AliExpress | 1103878302 |
| 110 | MEADE Wholesale Toys Store | AliExpress | 1103863091 |
| 111 | MEADE Wholesale Toys Store | AliExpress | 1102727647 |
| 112 | MI XIM Store | AliExpress | 1101617662 |
| 113 | Moon Supermarket666 Store | AliExpress | 1103717075 |
| 114 | My Happy Homes Store | AliExpress | 1103851687 |
| 115 | My Outdoor Sporting Store | AliExpress | 1101662464 |
| 116 | NANA Outdoor Oasis Store | AliExpress | 1103375339 |
| 117 | Naughty Bbaby Store | AliExpress | 1101364674 |
| 118 | NEWPO Store | AliExpress | 1101893113 |
| 119 | NJ04 Outdoor Sporting Store | AliExpress | 1103574544 |
| 120 | Oh!Party Store | AliExpress | 1100824936 |
| 121 | Onlynana Outdoor's Store | AliExpress | 1101325933 |
| 122 | Ourdoor Fun Store | AliExpress | 1101288813 |
| 123 | Outdoor Adventure Camping World Store | AliExpress | 1103153258 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 124 | Outdoor Adventure Camping World Store | AliExpress | 1103518063 |
| 125 | Outdoor Aurora Store | AliExpress | 1103320766 |
| 126 | Outdoor Camping Hiking Store | AliExpress | 1102666147 |
| 127 | Outdoor Camping4 Store | AliExpress | 1102333842 |
| 128 | Outdoor Discovery Store | AliExpress | 1101681995 |
| 129 | Outdoor Dropshippings Store | AliExpress | 1100911403 |
| 130 | Outdoor Fitness & Cycling Store | AliExpress | 1100907169 |
| 131 | Outdoor Goods Store | AliExpress | 1101325610 |
| 132 | Outdoor on the road dropshipping Store | AliExpress | 1100636475 |
| 133 | Outdoor Riding Dropshipping 01 Store | AliExpress | 1103183924 |
| 134 | Outdoors Sportin Store | AliExpress | 1101617068 |
| 135 | Overcoming Obstacles Sporting Store | AliExpress | 1101363340 |
| 136 | Pet Clue Store | AliExpress | 1103615236 |
| 137 | Pet Favorite Products Store | AliExpress | 1102179588 |
| 138 | Pet Supplies 01 Store | AliExpress | 1102037559 |
| 139 | Pet wisecrack Pet Products Store | AliExpress | 1103883604 |
| 140 | Pet Zooo Store | AliExpress | 1102691169 |
| 141 | Pro Hiker Store | AliExpress | 1101353069 |
| 142 | Pro Traveler Outdoor Store | AliExpress | 1101417995 |
| 143 | Professional Camping Specialty Store Store | AliExpress | 1102894628 |
| 144 | Professional Sporting Store | AliExpress | 1100864000 |
| 145 | RAK pro Store | AliExpress | 1102134463 |
| 146 | Relax Warm Life Store | AliExpress | 1101765976 |
| 147 | Ridecyle Drop Shipping Store | AliExpress | 1103429423 |
| 148 | Rocksport Store | AliExpress | 1101249744 |
| 149 | Rosen Store | AliExpress | 1101779834 |
| 150 | Rvlero PET Store | AliExpress | 1102530501 |
| 151 | SAIKANG Store | AliExpress | 1104086857 |
| 152 | Sam Pet Supplies Store | AliExpress | 1103340734 |
| 153 | Shop1102457250 Store | AliExpress | 1102455252 |
| 154 | Shop1102562558 Store | AliExpress | 1102559529 |
| 155 | Shop1102585043 Store | AliExpress | 1102584052 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 156 | Shop1102636667 Store | AliExpress | 1103076987 |
| 157 | Shop1102697661 Store | AliExpress | 1102694663 |
| 158 | Shop1102738108 Store | AliExpress | 1102738109 |
| 159 | Shop1102875798 Store | AliExpress | 1102878776 |
| 160 | Shop1102889635 Store | AliExpress | 1102892685 |
| 161 | Shop1102924666 Store | AliExpress | 1102926708 |
| 162 | Shop1103134492 Store | AliExpress | 1103132478 |
| 163 | Shop1103156203 Store | AliExpress | 1103154223 |
| 164 | Shop1103202974 Store | AliExpress | 1103205955 |
| 165 | Shop1103270367 Store | AliExpress | 1103267383 |
| 166 | Shop1103374317 Store | AliExpress | 1103371306 |
| 167 | Shop1103411209 Store | AliExpress | 1103425173 |
| 168 | Shop1103434274 Store | AliExpress | 1103435264 |
| 169 | Shop1103436213 Store | AliExpress | 1103441166 |
| 170 | Shop1103477183 Store | AliExpress | 1103478142 |
| 171 | Shop1103505296 Store | AliExpress | 1103511278 |
| 172 | Shop1103507281 Store | AliExpress | 1103507282 |
| 173 | Shop1103511065 Store | AliExpress | 1103512053 |
| 174 | Shop1103589257 Store | AliExpress | 1103596260 |
| 175 | Shop1103637293 Store | AliExpress | 1103633325 |
| 176 | Shop1103676744 Store | AliExpress | 1103674844 |
| 177 | Shop1103685305 Store | AliExpress | 1103683341 |
| 178 | Shop1103710149 Store | AliExpress | 1103712140 |
| 179 | Shop1103738106 Store | AliExpress | 1103725125 |
| 180 | Shop1103748043 Store | AliExpress | 1103744233 |
| 181 | Shop1103786149 Store | AliExpress | 1103791063 |
| 182 | Shop1103790196 Store | AliExpress | 1103796184 |
| 183 | Shop1103795111 Store | AliExpress | 1103787140 |
| 184 | Shop1103801063 Store | AliExpress | 1103814039 |
| 185 | Shop1103811263 Store | AliExpress | 1103809266 |
| 186 | Shop1103811295 Store | AliExpress | 1103806284 |
| 187 | Shop1103816244 Store | AliExpress | 1103816245 |
| 188 | Shop1103833395 Store | AliExpress | 1103842402 |
| 189 | Shop1103846354 Store | AliExpress | 1103837348 |
| 190 | Shop1103846570 Store | AliExpress | 1103841570 |
| 191 | Shop1103861030 Store | AliExpress | 1103861031 |
| 192 | Shop1103877180 Store | AliExpress | 1103874244 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 193 | Shop1103880740 Store | AliExpress | 1103889705 |
| 194 | Shop1103889167 Store | AliExpress | 1103880229 |
| 195 | Shop1103924159 Store | AliExpress | 1103926180 |
| 196 | Shop1103996618 Store | AliExpress | 1103996619 |
| 197 | Shop1103997623 Store | AliExpress | 1104007690 |
| 198 | Shop1104002995 Store | AliExpress | 1104014059 |
| 199 | Shop1104033757 Store | AliExpress | 1104036808 |
| 200 | Shop1104036124 Store | AliExpress | 1104029157 |
| 201 | Shop1104038365 Store | AliExpress | 1104038366 |
| 202 | Shop1104040011 Store | AliExpress | 1104033801 |
| 203 | Shop1104086257 Store | AliExpress | 1104082382 |
| 204 | Shop1104202245 Store | AliExpress | 1104202246 |
| 205 | SHUNMAII CHOICE Outdoors Store | AliExpress | 1103429271 |
| 206 | Shunmaii Cycling Accessories Store | AliExpress | 1103279455 |
| 207 | Shunmaii Professional Swimming Pool Accessories Store | AliExpress | 1103278489 |
| 208 | Sikiwind Outdoor Store Store | AliExpress | 1101275380 |
| 209 | Sikiwind R Store | AliExpress | 1101678996 |
| 210 | Sikiwind Sportin Store | AliExpress | 1101276078 |
| 211 | Slow Life Home Store | AliExpress | 1103058713 |
| 212 | SOYOMAN Store | AliExpress | 1103755506 |
| 213 | Sportin Outdoors Store | AliExpress | 1101302167 |
| 214 | Sporting Dropshipping Co., Ltd. Store | AliExpress | 1101395966 |
| 215 | Sports Health Accessories Store | AliExpress | 1101600727 |
| 216 | Sports Keep Youthful Store | AliExpress | 1103205835 |
| 217 | Sports Supplies Store | AliExpress | 1102591508 |
| 218 | Sportsdiary Store | AliExpress | 1100837004 |
| 219 | Sportskeeper Store | AliExpress | 1101592495 |
| 220 | Sportwear Dropshipping Store | AliExpress | 1101313307 |
| 221 | Starnearby Official Store | AliExpress | 1102562702 |
| 222 | Sunrise Outdoor Store | AliExpress | 1103219034 |
| 223 | Top Sports Store | AliExpress | 1102669105 |
| 224 | Top Sports Tech Store | AliExpress | 1102889048 |
| 225 | Top Sports Tech Store | AliExpress | 1103313155 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 226 | Top-Daily Necessities Store | AliExpress | 1101370121 |
| 227 | Top-Outdoors Dropshipping Store | AliExpress | 1101773463 |
| 228 | Toy Lovely House Store | AliExpress | 1102253682 |
| 229 | Uncle Bill Camping Store | AliExpress | 1102334827 |
| 230 | Uncle Bill Fishing Store | AliExpress | 1103430282 |
| 231 | Uncle Michael Store | AliExpress | 1103438128 |
| 232 | Unique Outdoor Sporting Store | AliExpress | 1101324038 |
| 233 | V & V Outdoor Store | AliExpress | 1101421613 |
| 234 | Vicki Purdy Store | AliExpress | 1101277221 |
| 235 | Victory Horn Store | AliExpress | 1103844202 |
| 236 | VORCOOL Entertainment Store | AliExpress | 1103395334 |
| 237 | walkinhorizon Store | AliExpress | 1101251139 |
| 238 | WestBiking Dropshipping Store | AliExpress | 1101349994 |
| 239 | Wonder Shopping Store | AliExpress | 1101680382 |
| 240 | World Outdoor Franchise Store | AliExpress | 1101594638 |
| 241 | WOSPORT Flagship Store | AliExpress | 1103045107 |
| 242 | Xiako Digital Store | AliExpress | 1102738227 |
| 243 | XINGJIA PET Store | AliExpress | 1103563574 |
| 244 | Ya Ya Pet Store | AliExpress | 1103864169 |
| 245 | Yeahbo Official Store | AliExpress | 1103675040 |
| 246 | Yoga Gym Dropshipping Store | AliExpress | 1101593033 |
| 247 | YTYIN Sports &amp; Outdoor &amp; Entertainment Flagship Stores Store | AliExpress | 1103716067 |
| 248 | YueJu Craftsman Store | AliExpress | 1103719206 |
| 249 | Zhenyi Five Store | AliExpress | 1103434304 |
| 250 | AbstractGreenware | Temu | 634418223445463 |
| 251 | adasdwww | Temu | 634418224405510 |
| 252 | adsadqq | Temu | 634418224386630 |
| 253 | AG NOI | Temu | 634418224219503 |
| 254 | AGAGDSDHG | Temu | 634418224475009 |
| 255 | AHEARTShop | Temu | 634418224757354 |
| 256 | AisleWorld | Temu | 634418223812385 |
| 257 | Alice boy | Temu | 4542573957539 |
| 258 | ALPHA FARMERS | Temu | 143776734642 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 260 | Amuhe | Temu | 634418224373450 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 261 | Anderw | Temu | 4399059267925 |
| 262 | Aneercare | Temu | 4712999903855 |
| 263 | Anhuashop | Temu | 634418223865587 |
| 264 | asdadad | Temu | 634418224405611 |
| 265 | asdadasdafg | Temu | 634418224405390 |
| 266 | ASFAFGH | Temu | 634418224510267 |
| 267 | ASFAGHH | Temu | 634418224510457 |
| 268 | ASFASDEGHR | Temu | 634418224560347 |
| 269 | asfasfg | Temu | 634418224475146 |
| 270 | asfasgg | Temu | 634418224432710 |
| 271 | AuraGroc | Temu | 634418222895988 |
| 272 | AXY | Temu | 5433546626913 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 275 | Barye Super Factory | Temu | 634418209580280 |
| 276 | BECOLI Ao | Temu | 634418219240438 |
| 277 | BeddoX toys | Temu | 4938686713544 |
| 278 | BellaWooki | Temu | 4400811359865 |
| 279 | Big Sller King | Temu | 634418219443987 |
| 280 | Black Eagle | Temu | 4892542655855 |
| 281 | BlueBaek Shopfive | Temu | 634418224253258 |
| 282 | BMCandy | Temu | 634418209637630 |
| 283 | BorMm | Temu | 634418224083173 |
| 284 | BunnyHug | Temu | 634418217987787 |
| 285 | Cadia Toys | Temu | 4697379701182 |
| 286 | caihaohaodian | Temu | 634418223575881 |
| 287 | Cat puff | Temu | 634418209320775 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 289 | Chaers Home | Temu | 126282272021 |
| 290 | chaishuangcheng | Temu | 634418223262238 |
| 291 | chanmianshanghang | Temu | 634418224295932 |
| 292 | chjshow | Temu | 634418225259056 |
| 293 | Choosy U | Temu | 4515908106788 |
| 294 | CHUNQIII | Temu | 634418224143095 |
| 295 | CHUTAI Outdoor Fashion | Temu | 375556331181 |
| 296 | CJAHJKSA | Temu | 634418224660091 |
| 297 | Cjingmang | Temu | 634418226295087 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 298 | CKLASD | Temu | 634418222369877 |
| 299 | congjunjiao | Temu | 634418224662900 |
| 300 | CPPVMDI | Temu | 634418223942554 |
| 301 | Crazy Plush Toys | Temu | 4921156442948 |
| 302 | Create Beauty Every Day | Temu | 5315566195203 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 304 | CTtechtwo | Temu | 634418224218725 |
| 305 | CurioACove | Temu | 634418223599238 |
| 306 | CXHY Happiness above all | Temu | 634418220675709 |
| 307 | CXJDP | Temu | 634418223896742 |
| 308 | Daguo Qipu | Temu | 634418223794648 |
| 309 | dajiejie | Temu | 634418223789264 |
| 310 | Daylitt Shop | Temu | 634418223589101 |
| 311 | Demei food | Temu | 3228012350529 |
| 312 | DFDAEGDSAF | Temu | 634418224237830 |
| 313 | DFSFSFS | Temu | 634418226373944 |
| 314 | dgfdsgdg | Temu | 634418224397695 |
| 315 | DHclz | Temu | 634418224458777 |
| 316 | Diantuo | Temu | 328579739375 |
| 317 | DmQVc | Temu | 634418222898010 |
| 318 | Dnivderz | Temu | 634418222802996 |
| 319 | DouDouWB | Temu | 465996649867 |
| 320 | DUNDEST SHOP | Temu | 634418225075266 |
| 321 | duofaduofa | Temu | 634418224082414 |
| 322 | DUYOO | Temu | 634418223496151 |
| 323 | EliteHavenA | Temu | 634418224185289 |
| 324 | Entertainment Sky APEX | Temu | 634418225780724 |
| 325 | ESEABCDS | Temu | 634418223260156 |
| 326 | FANDO | Temu | 634418224211708 |
| 327 | FannyToys | Temu | 5665857125215 |
| 328 | Fengnai business | Temu | 634418224359428 |
| 329 | FernCove | Temu | 634418224089009 |
| 330 | FOSENlocal | Temu | 634418222538178 |
| 331 | Four Elegante Bazaar | Temu | 634418224452365 |
| 332 | FurVoyage | Temu | 634418223698851 |
| 333 | GeeMi | Temu | 634418220489157 |
| 334 | GHODYBD | Temu | 634418224137029 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| * | DISMISSED | DISMISSED | DISMISSED |
| 336 | GlowGatherA | Temu | 634418223108910 |
| 337 | GQADDE | Temu | 634418223531240 |
| 338 | GXchxd | Temu | 634418224471682 |
| 339 | GXlizhiping | Temu | 634418224908910 |
| 340 | HandmadeInBarbotine | Temu | 634418215107961 |
| 341 | Happy Kitty | Temu | 47530106839 |
| 342 | HAPPY TOYS | Temu | 280151261169 |
| 343 | happywei | Temu | 634418213684324 |
| 344 | Hard Working Duck | Temu | 2203478779211 |
| 345 | Harrsm Outdoor | Temu | 267658141202 |
| 346 | HGYL aaa | Temu | 634418225141295 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 348 | Hisya household | Temu | 2700357333398 |
| 349 | HKZYJS | Temu | 634418222498468 |
| 350 | Home Ware shop | Temu | 5642672748727 |
| 351 | HONGYUSAN SAN SHOP | Temu | 634418224735539 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 353 | huangjiandian | Temu | 634418223564396 |
| 354 | huangjiandianzipu | Temu | 634418224385309 |
| 355 | huangweixuan | Temu | 634418224316987 |
| 356 | Iceshof | Temu | 634418223922785 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 358 | IFAONDECO | Temu | 55270252594 |
| 359 | inshopop | Temu | 634418223044413 |
| 360 | J C PET | Temu | 5822891921437 |
| 361 | Jacks black pearl | Temu | 39355004950 |
| 362 | Jielisi Home | Temu | 4878136923783 |
| 363 | Jiujiuyouxuan | Temu | 634418223988194 |
| 364 | JiujiuyouxuanB | Temu | 634418224383788 |
| 365 | JoJosolution | Temu | 634418224430678 |
| 366 | JOKE PET | Temu | 634418221797977 |
| 367 | JoyfulHiveA | Temu | 634418224167477 |
| 368 | jubinkeji B | Temu | 634418224837302 |
| 369 | JUPLL | Temu | 634418224109932 |
| 370 | K Long Shoe and Clothing Trade | Temu | 634418223885785 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| * | DISMISSED | DISMISSED | DISMISSED |
| 373 | kicvaavae | Temu | 634418222639610 |
| 374 | KiddoTrack Hut | Temu | 634418224391103 |
| 375 | KJASLKNDF | Temu | 634418224397742 |
| 376 | kkjjdd | Temu | 634418222790853 |
| 377 | LEMAIDI SHOES local | Temu | 634418215358659 |
| 378 | Lianghuang Selection | Temu | 634418224397687 |
| 379 | Lianghuang shoes and hats | Temu | 634418224398035 |
| 380 | LIGHT LIKE | Temu | 5227110427655 |
| 381 | LIJUNNNN | Temu | 634418224117407 |
| 382 | lin xian guo zhi chu ju jie ju dian | Temu | 634418219800566 |
| 383 | lingkeone | Temu | 634418224473239 |
| 384 | linxijin | Temu | 634418222777136 |
| 385 | LIzooone tu | Temu | 634418223073922 |
| 386 | lndcgvc | Temu | 634418223496754 |
| 387 | LSshop | Temu | 5024131659949 |
| 388 | LULUMAII | Temu | 634418223805980 |
| 389 | Lumino A | Temu | 634418226078668 |
| 390 | Lunaee Shop | Temu | 634418223248981 |
| 391 | LuxeVoyage BA | Temu | 634418223000326 |
| 392 | M toy house | Temu | 634418213528962 |
| 393 | MaiQiBH | Temu | 634418224349232 |
| 394 | Maple Abode | Temu | 634418223586564 |
| 395 | Mastex | Temu | 3615280834585 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 397 | MingruiTrading | Temu | 634418224936047 |
| 398 | Minzora | Temu | 634418224324690 |
| 399 | MLfif | Temu | 634418222760641 |
| 400 | MLM Decorative Painting Poster | Temu | 634418223507683 |
| 401 | Morino Outdoor Life Museum | Temu | 634418223772911 |
| 402 | MQioCb | Temu | 634418224155355 |
| 403 | mqqdshop | Temu | 634418222879195 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 405 | MY HOME MARKET | Temu | 5557217143162 |
| 406 | ninuoliu | Temu | 634418224404177 |
| 407 | ninuoshou | Temu | 634418224405332 |
| 408 | Noblies | Temu | 634418223438971 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 409 | nomoney | Temu | 634418224197604 |
| 410 | Nuyoah Mall | Temu | 72462150213 |
| 411 | ObliqueStudio A | Temu | 634418223972925 |
| 412 | OCYNDB | Temu | 634418224519879 |
| 413 | OKSister | Temu | 6017430899755 |
| 414 | OLEVO | Temu | 25402853627 |
| 415 | onadgee | Temu | 634418224009112 |
| 416 | OrganicOrigins | Temu | 634418214948985 |
| 417 | Outsider big | Temu | 634418210065119 |
| 418 | Party DIY Works | Temu | 634418223382924 |
| 419 | PawVilleshop | Temu | 634418224330649 |
| 420 | PengFeishop | Temu | 5333252657421 |
| 421 | PETS TOGATHER | Temu | 313486659492 |
| 422 | plasteryauriiic | Temu | 634418224610224 |
| 423 | Platinum POLVCDG Cafilioli | Temu | 3494387692940 |
| 424 | Postland Shop local | Temu | 634418218979417 |
| 425 | PROGRESS PREFERENCE | Temu | 4900713436030 |
| 426 | PulseAGroc | Temu | 634418223113691 |
| 427 | Q Outdoor Sports | Temu | 634418223246734 |
| 428 | QIANGDA | Temu | 4930994396083 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 430 | QWGUDF | Temu | 634418224631239 |
| 431 | RADING | Temu | 634418216985961 |
| 432 | ROANLYMF | Temu | 634418225050672 |
| 433 | Ruirui Trading Space | Temu | 634418224430219 |
| 434 | ruoweipan | Temu | 634418223488785 |
| 435 | SAASGG | Temu | 634418224536657 |
| 436 | SAASGGAAA | Temu | 634418224536790 |
| 437 | SAASGGAWEQ | Temu | 634418224536937 |
| 438 | SAASGGDDD | Temu | 634418224536720 |
| 439 | SAASGGWQRT | Temu | 634418224536917 |
| 440 | SADAGHTH | Temu | 634418224560169 |
| 441 | SADASFG | Temu | 634418224510262 |
| 442 | SAFAFGH | Temu | 634418224510342 |
| 443 | safasg | Temu | 634418224475013 |
| 444 | SAFDSAGFB | Temu | 634418224560178 |
| 445 | Scentivo | Temu | 634418224959315 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 446 | SD Super Factory | Temu | 4911470417639 |
| 447 | sdhfbsdfhasdfhag | Temu | 634418224428679 |
| 448 | senovoed shop | Temu | 634418224865754 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 450 | SHANQ | Temu | 634418210813756 |
| 451 | SHINY ACE | Temu | 634418223548238 |
| 452 | SHYANGG | Temu | 634418224340929 |
| 453 | si si bai huo dian | Temu | 634418224260078 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 455 | SJG Hubaok | Temu | 634418224430750 |
| 456 | Small flying car toy gifts | Temu | 2389547681698 |
| 457 | SMPJ | Temu | 634418224129887 |
| 458 | SMQX | Temu | 634418224133439 |
| 459 | Star flare | Temu | 5655764424623 |
| 460 | STARS LIU | Temu | 634418224409472 |
| 461 | SuheShop | Temu | 634418223865941 |
| 462 | SumerxiF | Temu | 634418222955433 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 464 | SunshineKitchenware | Temu | 634418223572399 |
| 465 | Super Panda Toy | Temu | 127160316049 |
| 466 | taiyangaad | Temu | 634418224409178 |
| 467 | TCGbinder | Temu | 2395792257333 |
| 468 | TClwG | Temu | 634418223433089 |
| 469 | Terminal snow | Temu | 339999821386 |
| 470 | The Pet World | Temu | 5634941918466 |
| 471 | The roses | Temu | 4827824423862 |
| 472 | This interesting tool | Temu | 634418224212745 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 474 | TinyWonder | Temu | 634418223243666 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 476 | TrailHalo | Temu | 634418224120043 |
| 477 | TREEHKZYJS | Temu | 634418223569399 |
| 478 | tresrcriza | Temu | 634418223989174 |
| 479 | Trixie | Temu | 4682356703589 |
| 480 | UWZIUJ | Temu | 634418224307160 |
| 481 | UXSIO Toys | Temu | 4858359352465 |
| 482 | V nice shop | Temu | 634418216437895 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 483 | Valee | Temu | 4039151984132 |
| 484 | VCHANG | Temu | 4892317059553 |
| 485 | VerveVest shop | Temu | 634418224571827 |
| 486 | VFVFDDF | Temu | 634418222917715 |
| 487 | VibeBloom | Temu | 634418223114721 |
| 488 | VividVend | Temu | 634418223114914 |
| 489 | VIXAMAQ | Temu | 634418220274564 |
| 490 | Wan lin | Temu | 128939385477 |
| 491 | wangwshop | Temu | 634418226322967 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 493 | WaterZZ | Temu | 634418224595285 |
| 494 | WDDDIIIII | Temu | 634418224853325 |
| 495 | WEICEHNGGG | Temu | 634418224248128 |
| 496 | weiersi tech | Temu | 2696017478844 |
| 497 | WEIWEIDM | Temu | 634418218189644 |
| 498 | WENGJF | Temu | 4744002681681 |
| 499 | wengyuxin | Temu | 634418222752238 |
| 500 | WeWi HLTH | Temu | 723579448919 |
| 501 | whiiuhb | Temu | 634418222450146 |
| 502 | WhiskerHavenshop | Temu | 634418224330803 |
| 503 | wmxaaa | Temu | 634418224282320 |
| 504 | Wonderland BazaarQ | Temu | 634418225228639 |
| 505 | wuxiaoxiaodianzi | Temu | 634418224328028 |
| 506 | xamei tu | Temu | 634418223072897 |
| 507 | xdige | Temu | 634418222602312 |
| 508 | XEYMKB | Temu | 634418223934166 |
| 509 | xgdwjdp | Temu | 634418224352799 |
| 510 | xiaoshengA | Temu | 634418225039976 |
| 511 | xiaxuexue | Temu | 634418223809659 |
| 512 | Xing Tai Sports | Temu | 634418217845655 |
| 513 | Xinhuo Intelligent Life Museum | Temu | 178157323457 |
| 514 | Xinshifeng Shoe and Clothing Trade | Temu | 634418224022606 |
| 515 | XUEYI TWO | Temu | 634418224155991 |
| 516 | XZCADCEB | Temu | 634418223830874 |
| 517 | yanpingdianpu | Temu | 634418218019592 |
| 518 | YanTaiWu | Temu | 634418222234541 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 519 | YDK Supply chain | Temu | 67491555993 |
| 520 | yingcaijiang | Temu | 634418224167719 |
| * | EXCEPTED | EXCEPTED | EXCEPTED |
| 522 | YJ Import And Export | Temu | 253775151437 |
| 523 | YJSKDHKSJD | Temu | 634418224820697 |
| 524 | ylxxshop | Temu | 634418222882019 |
| 525 | Youbetoys | Temu | 22008275869 |
| 526 | yousizhongtwo | Temu | 634418223181556 |
| 527 | youyutoy | Temu | 7559922561 |
| 528 | YTRJew | Temu | 5289994620761 |
| 529 | YULUO X | Temu | 634418224656495 |
| 530 | Yun F Trading Company | Temu | 634418223924240 |
| 531 | Yunfeng Shoe and Clothing Trade | Temu | 634418223977380 |
| 532 | YuYanRiYongPinChang | Temu | 5333186547477 |
| 533 | YYOKDEIO | Temu | 634418222146975 |
| * | DISMISSED | DISMISSED | DISMISSED |
| 535 | ZestNestle | Temu | 634418223117530 |
| 536 | ZH Beautiful decorative paintings | Temu | 634418223508365 |
| 537 | ZHANGPINGG | Temu | 634418224302630 |
| 538 | Zhejiang Bikang outdoor | Temu | 6028615698748 |
| 539 | zhendayu | Temu | 634418224663208 |
| 540 | ZHENXINGGG | Temu | 634418223894247 |
| 541 | zhihaoxiaopu | Temu | 634418219922845 |
| 542 | ZhiHomeee | Temu | 634418223877025 |
| 543 | ZHJ | Temu | 14700977455 |
| 544 | ZHONGXIANGSHENGHUO | Temu | 4553064134380 |
| 545 | zoulinhuadian | Temu | 634418223851058 |
| 546 | zuanzai | Temu | 634418224421586 |
| 547 | zzwshop | Temu | 634418223017187 |