# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>1688 FACTORY DIRECT STORE STORE, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-6784-JPB |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Wham-O Holding, Ltd. and Intersport Corp. d/b/a WHAM-O ("Plaintiffs"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, respectfully move for a default judgment as to the Defendants who have been served with process but have failed to plead or otherwise defend the action.

Based on the admissions by default of the factual allegations in the Complaint, Plaintiffs seek a default judgment (1) holding Defendants jointly and severally liable for trademark infringement as alleged in the Complaint, (2) finding the infringement was willful, (3) awarding statutory damages of $100,000 *per* defaulting defendant for trademark infringement; and (4) issuing a permanent injunction.

In support of this Motion, Plaintiffs submit a Brief and proposed judgment.

Dated: January 29, 2026				Respectfully submitted,

				*/s/ David M. Lilenfeld*
				David M. Lilenfeld
				Georgia Bar No. 452399
				**WHITEWOOD LAW PLLC**
				5555 Glenridge Connector, Suite 200
				Atlanta, GA 30342
				Telephone: (404) 663-3349
				Email: david@whitewoodlaw.com

				Abby Neu, *pro hac vice*
				Georgia Bar No. 200207
				**WHITEWOOD LAW PLLC**
				5555 Glenridge Connector, Suite 200
				Atlanta, GA 30342
				Telephone: (872) 294-3263
				Email: aneu@whitewoodlaw.com

				*Counsel for Plaintiff*